IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALOHA AIRLINES, INC., ) <br> a Hawai'i Corporation, and ) <br> ALOHA AIR GROUP, INC., ) <br> a Hawai'i Corporation, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MESA AIR GROUP, INC., ) <br> a Nevada Corporation, ) <br> CHARLES D. LAURITSEN, ) <br> JOE BOCK, and DOES 1-100, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL 07-00007DAE-KSC |

<u>ORDER ADOPTING MAGISTRATE'S</u>
<u>FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed and served on all parties on July 20, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Award Attorneys' Fees and Costs" are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, August 9, 2007.



    _____
    David Alan Ezra
    United States District Judge

<u>Aloha Airlines, Inc. vs. Mesa Air Group, Inc.,</u> Civil No. 07-00007 DAE-KSC; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION